5989. RELIEF DEPARTMENT OF THE ATLANTIC COAST LINE RAILROAD CO. *v.* HICKS.

BROYLES, J. The judge of the superior court did not err in overruling the certiorari, and in sustaining the judgment of the justice's court.

*Judgment affirmed.*

DECIDED JUNE 11, 1915.

Certiorari; from Chatham superior court—Judge Charlton. August 20, 1914.

*Shelby Myrick,* for plaintiff in error.
*Oliver & Oliver, Spencer Connerat,* contra.